IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Hazlett,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>    Defendant. | No. CV-05-2529 PHX-JWS (LOA)<br><br>**REPORT AND RECOMMENDATION** |

    This matter arises on the Court's review of the file. Plaintiff commenced this action on August 23, 2005. (document # 1) On December 19, 2005, the Court granted Plaintiff in forma pauperis status and ordered service on Defendant Arpaio. (document # 4) The Court directed Plaintiff to return the completed service packet on or before January 8, 2006. (Id.) In that same Order, the Court directed Plaintiff to immediately notify the Court in writing of any change in his address and warned Plaintiff that failure to do so could result in dismissal of this action. (Id.)

    Thereafter, on December 22 and 28, 2005, the Court received returned mail addressed to Plaintiff marked "undeliverable, released from custody." (documents ## 5, 6) No alternate address was located.

    Because Plaintiff failed to comply with the Court's Orders that he immediately inform the Court of any change in his address and that he return a completed service packet by January 8, 2006, on January 18, 2006, the Court ordered Plaintiff to show cause why this matter should not be dismissed.

1     Plaintiff has not responded to the Order to Show Cause, advised the Court of his current address, or returned a completed service packet for service on Defendant. In fact, on January 25, 2006, the Court again received mail addressed to Plaintiff marked "undeliverable, released." (document # 8)

    In view of Plaintiff's repeated failure to notify the Court of his current address in violation of Court orders, this matter should be dismissed. <u>See</u> <u>Carey v. King</u>, 856 F.2d 1439, 1440 (9th Cir. 1988)(holding that district court did not abuse its discretion in dismissing pro se plaintiff's complaint for failure to advise the court of his current mailing address.)

    Accordingly,

    IT IS HEREBY RECOMMENDED that this matter be **DISMISSED** without prejudice for failure to comply with Court orders.

    This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the District Court's judgment. The parties shall have ten days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. *See,* 28 U.S.C. § 636(b)(1); Rules 72, 6(a), 6(e), Federal Rules of Civil Procedure. Thereafter, the parties have ten days within which to file a response to the objections. Failure timely to file objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the District Court without further review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Failure timely to file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation. *See*, Rule 72, Federal Rules of Civil Procedure.

    DATED this 27th day of February, 2006.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28