UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| JOSEPH HAZLETT, | ) | |
| | ) | |
| Plaintiff, | ) | CIV 05-2529 PHX  JWS (LOA) |
| | ) | |
| vs. | ) | ORDER FROM CHAMBERS |
| | ) | |
| JOSEPH ARPAIO, | )` | [Re: Report and Recommendation] |
| | ) | |
| Defendant. | ) | |
| | ) | |

## I.  MATTER PRESENTED

At docket 9, Magistrate Judge Lawrence O. Anderson filed a report and recommendation, recommending that this matter be dismissed without prejudice for plaintiff Joseph Hazlett's failure to comply with the court's orders.  Plaintiff did not file any objections to the report and recommendation.

## II.  STANDARD OF REVIEW

The district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[1]  When reviewing a magistrate judge's report and recommendation, the district court reviews *de novo* conclusions of

---

[1] 28 U.S.C. § 636(b)(1).

law[2] and findings of fact to which parties object.[3] The court reviews for clear error uncontested findings of fact.

### III.  BACKGROUND

In its order at docket 4, the court advised plaintiff that he must notify the court in writing of any change in address. The court also expressly warned plaintiff that failure to do so could result in dismissal of this action. The court subsequently received returned mail addressed to plaintiff and marked "undeliverable, released from custody" on two occasions.[4] At docket 7, the court ordered plaintiff to show cause why this matter should not be dismissed. Plaintiff did not respond to the order to show cause, return a completed service packet for service on defendant, nor advise the court of his current address. The magistrate judge now recommends dismissing this matter without prejudice in light of plaintiff's repeated failure to notify the court of his current address and to comply with the court's orders.

### IV.  DISCUSSION

Having reviewed the magistrate judge's report and recommendation under the standard of review articulated above, the court agrees with the magistrate judge's

---

[2] *Barilla v. Ervin*, 886 F.3d 1514, 1518 (9th Cir. 1989), *overruled on other grounds by Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996).

[3] 28 U.S.C. § 636(b)(1).

[4] Doc. Nos. 5 and 6.

findings of fact and conclusions of law.  Accordingly, the court **ACCEPTS** the report and recommendation docket 9, and this case is hereby **DISMISSED** without prejudice.

DATED at Anchorage, Alaska, this 23rd day of March 2006.


           /s/
   JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE